EXHIBIT 1

# Letter from Marcelo Costa (Brother)

November 13, 2023

**From,**
Marcelo Mariz Costa
Rio de Janeiro, Brazil

**To,**
The Honorable Judge Carl J. Nichols,
District Court for the District of Columbia,
333 Constitution Avenue, N.W.
Washington, DC 20001

Dear Judge Nichols,

I am writing to provide a character reference for my brother, Romero. My name is Marcelo Mariz Costa, I am 31 years old, graduated in Economics, and I have known my brother since birth.

Our parents have always made great efforts and dedicated themselves to us, and we are very grateful to them for everything they could provide us, not only in terms of education but also for always seeking to be with us during vacations and showing us how important it is to be united and help each other.

I am only two years younger than Romero, so we have always been very close friends. I even became friends with several of his schoolmates and would sometimes spend weekends with them when they invited Romero. I missed him a lot when, at the age of 17, he asked our parents to let him complete his final year of high school in Rio de Janeiro because he believed it would be better to attend university there than in Pernambuco, where we lived. Our parents hesitated to let him go because they didn't want a child living away from home during the school years, but they eventually realized it would be a good opportunity for him and supported his decision. He went to live with one of our uncles, our mother's brother, along with our cousin who was the same age as him.

It was a big surprise for me when I learned about Romero's situation in the U.S. because he had always been very upright in his actions since childhood. I always considered him an example because he was very diligent in school, unlike me, who didn't enjoy studying as much as he did and sometimes ended up needing to catch up at the end of the year. In those situations, he always helped me study so I wouldn't fail the grade.

Nowadays, I work in the management of my maternal grandfather's farm. It's the same farm where we used to spend our July school vacations as kids, along with other cousins. Since then, I've grown to love life in the countryside.

I really wish I could be in the U.S. with my brother and parents to provide support during this difficult time for everyone. However, as my mother is the only daughter and is the one who takes care of the day-to-day affairs of my elderly grandparents, she asked me to stay in her place so that they wouldn't miss her so much. She has been abroad since the end of August with Romero. Nevertheless, we always have video calls and stay in touch because unity is crucial in times like these.

I see my brother Romero as a very good person, always very upright. He was doing well professionally and was well-liked in the office where he worked. I can only think that

I see my brother Romero as a very good person, always very upright. He was doing well professionally and was well-liked in the office where he worked. I can only think that being alone during the period he worked in Washington led him to make this mistake for which he is paying a high price. I am certain that he has learned the hard way because our parents always taught us to do what is right in life and that by doing so, we would achieve our goals without taking shortcuts.

I hope my brother can soon return to his daughter, wife, and the company of our entire loving family.

Thank you for taking the time to read my letter and for considering my perspective on this matter.

Sincerely,

Marcelo Costa

Marcelo Mariz Costa