# EXHIBIT 2

Letter from Isabela Costa (Cousin)

November 28, 2023

Isabela Costa
████████████
████████████

The Honorable Carl J. Nichols
District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, DC 20001

Dear Judge Nichols,

    I hope this letter finds you in good health and high spirits. I am writing to you today on behalf of my cousin, Romero Costa. As his younger cousin, I am compelled to share with you some insights into his character. First and foremost, I want to start by emphasizing that Romero is, at his core, a person of good character with a big heart. Growing up with him in our hometown of Recife, Brazil, I have been privileged to witness his kindness, integrity, and dedication to his family and friends.

    Despite the recent circumstances and mistake that led to his arrest, I kindly ask for you to consider the entirety of his life and not let a single lapse in judgment define his character. Romero has always been exceptionally studious and dedicated to his career. Graduating at the top of his class and working at a distinguished law firm are clear indications of his commitment to personal and intellectual growth. Beyond his professional achievements, I have also recently witnessed Romero's unwavering dedication to his role as a father and husband. As a pediatric nurse, I was in awe of how effortlessly he could put his daughter, ████████, to sleep and the evident love he showed as a father.

    Since his arrest, Romero has demonstrated genuine remorse and a sincere commitment to making amends for his mistakes. It is apparent that he comprehends the gravity of his actions and will carry this remorse with him for the rest of his life. I genuinely believe that he will learn from this mistake and turn the page toward a positive future.

    Thank you for your time and consideration in this matter. I trust that your wisdom and compassion will guide you in making a decision that not only serves justice, but also offers Romero a chance for a better future.

    Sincerely,

Isabela Costa

*[signature]*