# EXHIBIT 3

# Letter from Flavio Costa (Father)

November 16, 2023

**From,**
Flavio Guerra Costa
Pernambuco, Brazil

**To,**
The Honorable Judge Carl J. Nichols,
District Court for the District of Columbia,
333 Constitution Avenue, N.W.
Washington, DC 20001

Dear Judge Nichols,

My name is Flávio Guerra Costa, and I am Romero Costa's Father.

Our family has always been close-knit, fostering a relationship with our children built on openness, togetherness, and a strong commitment to truth. Romero (33), Marcelo (31), and Maria (25) have been an integral part of our lives, along with their friends. Our home was always open to them and their guests, and weekends were dedicated to family time. To facilitate this, we purchased a house on a calm beach, an hour's drive from town, where we engaged in activities such as fishing, snorkeling, water skiing, and barbecues.

Romero, my eldest son, has been close to me throughout the years. He married Luiza in 2017, and we welcomed her into our family with open arms. Last year, they moved to the US due to an arrangement between his employer in Brazil and a U.S. law firm in Washington. I believe Romero's dedication to his studies and work played a significant role in earning him this opportunity.

Throughout his life, Romero has been an honest person. From his teenage years, he never hesitated to share the truth. Sometimes even waking me at night to inform any incidents. He has been a supportive older brother to Marcelo and Maria, displaying patience and friendliness. In December 2021, Romero became a father to ▓▓▓▓▓ and he has proven to be an excellent and loving father, well-prepared for the responsibilities of fatherhood.

Unfortunately, our family was thrust into a difficult situation due to Romero's actions and his arrest in August 2023. The news of his arrest was shocking, and I immediately flew to the U.S. to be with him. I visited him at D.C. jail two days after my arrival. He was so ashamed he could hardly look at me. The 7 days he spent in prison were terrifying, but the worst of all was witnessing his intense shame, regret, and embarrassment.

Since his release, Romero has been living with his mother and me, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ From the outset, he expressed remorse, pledging to face justice and take responsibility for his actions.

Romero has already endured significant suffering, including imprisonment, the loss of his respected job in Brazil, separation from his wife and daughter, and the revocation of their US visas. Despite these challenges, we, as his parents, as well as relatives and friends, understand that this was an isolated incident in his life. His capacity, integrity, honesty, and knowledge remain intact, with his self-awareness even more profound.

Romero has learned a harsh lesson and is committed to rebuilding his professional life. As a non-US resident, he has been unable to look for work during this period, adhering diligently to all rules from Pretrial Services.

I, too, have a history with the United States, having come here as an exchange student at the age of fifteen. I lived with an American family, attended a public school in Michigan, and gained a deep appreciation for the American way of life. When Romero received the opportunity to work in Washington, I was delighted, seeing it as a chance for him, his wife, and child to experience the same enriching journey.

This experience has transformed Romero, and I can assure you that such deviations from his usual behavior will not recur in his future. We appreciate your understanding and consideration of the broader context surrounding his actions.

Sincerely,

Flávio Guerra Costa