# EXHIBIT 4

# Letter from Maria Alice Costa (Mother)

Maria Alice Mariz Costa.

Jaboatão dos Guararapes – Pernambuco – Brazil –

The Honorable Carl J. Nicholas
District Court for Disctrict of Columbia
333 Constitution Avenida N.W.
Washington, DC 2001

Dear Judge Nicholas,

I am writing to you in regards to the sentencing of my son, Romero Costa, who has found himself facing legal proceedings. As Romero's mother, I am compelled to offer insights into his character and the circumstances surrounding the current situation. Please note that due to my limited fluency in English, my nephew, Joao Mariz, assisted in translating my words for this letter.

Besides Romero, I have two other children: Marcelo, who is 31 years old and works with my father managing a farm, and Maria, who is 25 years old, a doctor specializing in obstetrics and gynecology.

My husband and I have been married for 38 years and have always devoted ourselves to providing a good education for our children. We aimed to instill in them the values of being good individuals within the community, to be upright, honest, and to discern right from wrong. We emphasized the importance of family unity and made it a point to gather during school holidays, creating cherished memories for them from their childhood.

Romero has always been a loving son, both to us and his siblings. He was dedicated to his studies in school, and we always encouraged him to be a good student, believing that knowledge and character are invaluable traits.

Despite the difficulty, we supported his decision to spend his final year of high school in Rio de Janeiro, where the universities were better suited for the profession of law that he aspired to pursue, unlike Recife, where we resided.

To illustrate Romero's conduct and integrity, I can recall an incident from about two years ago. My husband and I hired a lawyer to request a review of our health insurance premiums. Due to our inexperience, we missed the deadline to inform them about Romero's birth date, and thus, had to get an individual plan for him. The lawyer handling our case in Recife and Romero's case in Rio de Janeiro found the costs for the latter to be exceedingly high. She decided to request legal aid, claiming that Romero couldn't afford the fees (a common practice in Brazil). When she sent the paperwork for Romero to sign, he immediately refused, stating that he couldn't sign the waiver as it wasn't true. He insisted on paying the fees himself to ensure the process continued.

In nearly 60 years of life, I've encountered many challenging situations, but nothing compares to the day my daughter-in-law called to inform me that Romero had been detained by the FBI. Initially, I even considered the possibility of him being kidnapped because I never imagined he could do something that would lead to his arrest.

I've faced numerous difficulties, primarily concerning my family's health. My elderly parents, a brother fighting cancer, and when Marcelo was a child, he underwent a delicate surgery. At

that time, we chose to bring him to Boston, USA, where my husband and I stayed throughout, ensuring he received the best possible treatment and never leaving him alone. In all these situations, I believed I had some control, but having a son in prison, unable to contact him, in a distant country where I don't fluently speak the language, left me utterly "desperate."

I gathered my strength to support him. I left behind my life in Brazil to be here as a "tutor" along with my husband so that Romero could stay with us in Home Detention. We aimed to provide emotional support, love, ███████████████████████ and assist him in facing the consequences of his actions and making amends.

I am aware that my son made a mistake and is paying a very high price for it, not in terms of finances but in the abrupt separation from his daughter, whom he was always deeply devoted to. It's challenging to witness a father so involved in his daughter's life as he has been. To exacerbate the situation, my daughter-in-law also couldn't renew her visa to the USA, and since September, they have been apart. It has been a tremendous upheaval in his life due to an impulsive act, resulting in him losing his job and being far from his family.

As his mother, I will never cease to provide love and support to my son. However, I try to show him that the situation he is facing is a consequence of his actions. I'm certain he has learned his lesson, albeit in the harshest manner, by not remembering and following the values we always taught him, including never seeking shortcuts in life. I've always been immensely proud of Romero's life journey, and I am confident he will find the strength to restart his life in the right manner, guided by the principles that have always steered him until the actions that led to our current situation. He realized his mistake and immediately took responsibility without trying to evade it. Even though the authorities were unaware that he also held Portuguese citizenship, he voluntarily surrendered his Portuguese citizen card to the American authorities, showing he had no intention of fleeing.

I pray to God and to you that this difficult situation may soon be resolved, and my son may have a second chance to return to a normal life with his daughter and wife. It's excruciating as a mother to experience the daily anguish of my son, daughter-in-law, and granddaughter for not being able to be together as a family and witness the growth of his only child, who is too young to comprehend the absence of her father due to everything that is happening.

Thank you for your time and understanding. I earnestly hope for a favorable resolution that enables Romero to mend and reintegrate into society as a responsible and contributing member.

Sincerely,

*Maria Alice Costa*
Maria Alice Costa