EXHIBIT 5

Letter from Marcelo Moura
(Former Employer)

November 10, 2023

**From,**
Marcelo Viveiros de Moura

███████████

Jardim Botânico – Rio de Janeiro, RJ
22461-190 Brazil

███████████████

**To,**
The Honorable Judge Carl J. Nichols,
District Court for the District of Columbia,
333 Constitution Avenue, N.W.
Washington, DC 20001

Dear Judge Nichols,

My name is Marcelo Viveiros de Moura and I am writing this letter on a strictly personal and private, individual, capacity.

Initially, I would like to express that, except for public information disclosed in the press, I have no further knowledge whatsoever of the facts and circumstances that led to Romero's arraignment and prosecution in the United States or about the details of his process but rather write this letter as a testimony of his character.

I have known Romero since 2011, when he started working as a trainee in my group at the law firm where I am a partner. During the approximately five years that Romero worked under my direct supervision (up to 2016, when he moved firms), we developed an excellent friendship and camaraderie.

Since that time, Romero has been a loyal friend and has offered his support to me and my family when I suffered a severe accident in 2013 and later – after he had already left the firm for a few years – ██████████████

During the time Romero worked with me, he proved to be an excellent trainee and junior associate and nothing in his conduct could indicate anything but that of a committed, dedicated lawyer, who was prepared to assist colleagues and younger associates when required and whose sense of humor, intelligence and approachable manner made him a very popular member of the team. A genuine team player.

I have no indication and do not personally believe that Romero had conducted any illegal or unethical activities during the five years that he has worked under my direct supervision. To the contrary, to the best of my knowledge, he has always conducted himself with total honesty and integrity during that period. It is of note that during the time he worked with me, Romero has never tried to conceal his mistakes but rather has always been proactive in disclosing and trying to learn from them, which was a quality always highly appreciated.

Romero is a young man with a young family and a large network of extended family and friends in Brazil that love and support him. I am firmly convinced that – whatever might have happened in this case – he has learned a hard lesson with this experience and will use it to personal growth and to become a more responsible and productive member of society.

In that regard, I respectfully request the court to consider Romero's overall character, his young family and his commitment to positive change when determining an appropriate sentence.

Thank you for taking the time to consider this character reference letter.

Yours Sincerely,

Marcelo Viveiros de Moura