# EXHIBIT 6

Letter from Jose Arthur
(Federal Judge in Brazil)

November 21, 2023

**The Honorable Judge Carl J. Nichols**
District Court for the District of Columbia,
333 Constitution Avenue, N.W.
Washington, DC 20001

Re: Character Reference for Mr. Romero Cabral da Costa Neto

Dear Judge Carl J. Nichols,

I am writing to you not in my official capacity as a Federal Judge, but from a personal perspective informed by my extensive career in public service. I have been serving as a Federal Judge since 1998, currently assigned to the 8th Federal Court in the capital of Rio de Janeiro, under the Regional Federal Court of the 2nd Circuit. Prior to my judicial role, I served in the Brazilian Army for 22 years, retiring as a Major of Infantry. One of my significant roles in the judiciary was as the Chief Clark for the former President of the Brazilian Supreme Court, Justice Jose Antonio Toffoli. These experiences have afforded me a deep understanding of character and integrity.

In this personal capacity, I wish to convey my observations regarding Mr. Romero Cabral da Costa Neto, whom I have known for about 25 years through social and family interactions. His journey from a young, aspiring individual to a professional lawyer, admitted to the Brazilian Bar Association, has been marked by dedication and ethical conduct.

Mr. Costa Neto has consistently demonstrated qualities of respect, intelligence, and commitment to his professional and personal responsibilities. His conduct in Brazil's legal sector has been exemplary.

Regarding the situation he is currently facing in the United States, while I am not privy to the details of the case, it is my belief, based on my long acquaintance with Mr. Costa Neto, that the nature of these allegations seems inconsistent with his character.

I respect the gravity of the legal proceedings in the United States and understand the importance of a fair judicial process. My intention in providing this character reference is to offer a perspective on Mr. Costa Neto's character based on my long-standing acquaintance with him.

Thank you for considering my insights in your judicial process. I extend my utmost respect to your court and trust in the fairness and integrity of the United States judicial system.

Sincerely,

Jose Arthur Diniz Borges
Federal Judge, 8th Federal Court
Regional Federal Court of the 2nd Region, Rio de Janeiro