# EXHIBIT 7

# Letter from Luiza Costa (Wife)

Luiza Lopes Franco Costa

Rio de Janeiro, RJ, Brazil, 22460-020

The Honorable Judge Carl J. Nichols,
District Court for the District of Columbia,
333 Constitution Avenue, N.W.
Washington, DC 20001

Dear Judge Nichols,

I am writing this character reference with the purpose of providing my perspective as Romero's wife and the mother of our daughter, who will be turning two years old in the next few days. I believe that offering a context of how he is as a husband and father, as well as my perspective of him in other areas of life, can provide you with more elements that demonstrate his potential as a citizen capable of learning from his mistakes.

We have been together for 12 years, 6 of them as a married couple. Throughout this time, we nurtured a relationship of companionship, respect and affection, in which I could see his full commitment to the family. His dedication, responsibility and enthusiasm toward his professional life are also qualities that I have always admired.

As a husband, I have never ceased to be able to count on him. Our relationship was built on respect, partnership, equity, and a lot of love. When I questioned the choice of the career I had made and wanted to make a change, he supported me both emotionally and financially so that I could pursue a new professional purpose. When the possibility of seeking important career opportunities abroad arose for him, he waited for the completion of my master's degree so that we could go together. Our partnership was stablished under a lot of conversation and intimacy, with each one taking into consideration the happiness and ambitions of the other. That's why the news that led to this process was so shocking to me.

As a father, a role he always dreamed of playing, he has shown great dedication from the beginning. Passionate about our daughter, he took care of her in every way, making sure to actively participate in everything related to caring for a baby. I see that the months he is spending away from our daughter, as well as the realization of the impacts that his bad decisions are causing in her life, are the points that cause the greatest suffering and reflection amid the whole situation he is experiencing. For who has always been extremely close to her father, missing his daily presence as a stabilizer and encourager figure has had a significant impact.

Speaking of Romero as a professional, I must say that we met while we were both still students at law school; he was already an intern in a large law firm. Since then, I have always had great admiration for his resilience, focus and dedication to develop a solid career in law. From a very young age, he set his professional goals and went after them, leaving his parents' home in the northeast of the country, still in high school, to live in Rio de Janeiro, where he would have more opportunities.

The moment we are going through has been one of much suffering and anguish for our family. ▇ and I deeply feel his absence, considering that our American visas were denied. Living all this apart and not being able to visit him brings even more pain to an already challenging situation. His absence in our daily lives is extremely draining both emotionally and in practical aspects of life. Furthermore, ▇ is at an age of constant small developments, such as speaking her first sentences, and I see that missing the opportunity to witness her growth, beyond the sadness, is causing him to reflect and reconnect with core values involving family, community, honesty and the pursuit of a purposeful life.

While dealing with so much suffering and losses, in many moments I wondered why he made the choices that led to this process and our current situation. What I perceive, looking back, was an escalation of a lack of humility that caused him to lose his way. However, I believe that the important thing in the face of mistakes is how we deal with their consequences, and seeing the impact of his actions has led Romero to reconnect with a more realistic view of life and to reflect deeply on what is truly important. I am sure that, together, we will overcome what we are going through, and I will be by his side to help him in this process. I believe that Romero still has much to offer and develop, and he is gaining many lessons from what he is experiencing to become a better person.

Thank you for taking the time and for considering my perspective on this matter.

Sincerely,

*Luiza Lopes Franco Costa*
Luiza Lopes Franco Costa