# EXHIBIT 8

Letter from Cornelio Brennand
(Friend)

To The Honorable Carl J. Nichols
District Court of the District of Columbia
333 Constitution Avenue N.W.
Washington, DC 20001

Cornelio Jatoba Brennand

Vila Olimpia, São Paulo, SP, 04548-003, Brazil

**Subject: Character Letter for Mr. Romero Cabral da Costa Neto**

To The Honorable Judge Carl J Nichols,

I am writing this letter to offer my character reference for Mr. Romero Cabral da Costa Neto, who is currently facing charges in this court.

I have known Romero since our childhood days together in primary school. Throughout our decades of friendship, we have shared countless experiences, from school and after-school activities to weekends spent at each other's homes.

During his formative years, I had the privilege of witnessing first-hand the strong moral foundation instilled in Romero by his loving and present family. Their emphasis on respect, decency, and discipline created a framework for him to develop into the intelligent, hardworking, and caring person he is today.

I have seen Romero flourish into a responsible and devoted husband and father, a loyal friend, and a valued member of society. His sincerity, reliability, and big heart have always been evident, along with a wit that brings smiles to those around him.

Romero's drive and passion have led him to graduate from one of the best universities in Brazil and develop a brilliant career practicing law at some of the finest law firms in the country and abroad. His professional achievements were a testament to his dedication and ethical commitment.

While I cannot condone or excuse the actions that have brought Romero before this court, I believe it is important to understand that they do not reflect the entirety of his character.

Since being arrested, he has lost his job and any prospect of continuing his career. Leading media outlets in Brazil have widely publicized his arrest and the news went viral on social media in business circles, making his reputation irreparably damaged. He has been away from his loved ones, notably his wife and baby daughter, and is suffering.

I firmly believe that the far-reaching consequences of his arrest will serve as long-lasting penalties in his life and continue to evoke genuine remorse. I believe he wishes to be an upstanding member of society and continue to contribute positively to his community.

Romero has always been a person of good character, and I have no doubt that he will use this experience as an opportunity for personal growth and development. I urge the court to consider his potential for rehabilitation and allow him to rebuild his life and rejoin his family.

Sincerely,
Cornelio Jatoba Brennand

Documento assinado digitalmente
**gov.br** CORNELIO JATOBA BRENNAND
Data: 08/12/2023 21:58:03-0300
Verifique em https://validar.iti.gov.br